# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  SHAWN MORRIS § Case No. 15-81819
       BRANDI N. MORRIS §
                                             §
              Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 07/13/2015.

2) The plan was confirmed on 11/20/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/06/2016, 09/16/2016.

5) The case was dismissed on 09/16/2016.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $72,940.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 8,487.29 | |
| Less amount refunded to debtor(s) | $ 94.93 | |
| **NET RECEIPTS** | | $ 8,392.36 |

## Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,470.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 627.26 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,097.26 |
| Attorney fees paid and disclosed by debtor(s): | $ 530.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 3,470.00 | 0.00 |
| WILMINGTON SAVINGS FUND | Sec | 20,000.00 | 15,510.85 | 0.00 | 3,725.87 | 0.00 |
| CITIZENS FINANCE | Sec | 0.00 | 12,830.24 | 0.00 | 0.00 | 0.00 |
| ACS ONE INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SYSTEMS INC | Uns | 1,752.00 | NA | NA | 0.00 | 0.00 |
| ALS CARPET | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 2,415.00 | 1,393.00 | 0.00 | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 3,859.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 856.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 171.00 | 171.31 | 171.31 | 0.00 | 0.00 |
| AT T | Uns | 723.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 338.00 | NA | NA | 0.00 | 0.00 |
| AT &T MOBILITY | Uns | 3,066.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT / RADIOLOGY | Uns | 455.00 | NA | NA | 0.00 | 0.00 |
| ATT MIDWEST | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEMS INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| BERTRAM NANAYAKKARA MD | Uns | 50.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BLACKHAWK BANK | Uns | 578.00 | NA | NA | 0.00 | 0.00 |
| BROADWAY MOBIL | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| BROADWAY MOBIL | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE | Uns | 1,581.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE LTD | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 617.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SOUTH DAKOTA NA | Uns | 330.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD FIRE DEPT | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 4,295.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 570.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Uns | 898.00 | NA | NA | 0.00 | 0.00 |
| OSFMG | Uns | 25.00 | 72.15 | 72.15 | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 2.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 2.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HC RECOVERI | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP OF ROCKFORD | Uns | 541.00 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP OF ROCKFORD | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP OF ROCKFORD | Uns | 676.00 | NA | NA | 0.00 | 0.00 |
| DISH | Uns | 495.00 | NA | NA | 0.00 | 0.00 |
| EPROMOS | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| EURO-TECH INC | Uns | 7,048.00 | NA | NA | 0.00 | 0.00 |
| FEDEX | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Uns | 834.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Uns | 797.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 818.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SOLUTIONS | Uns | 300.00 | 1,192.92 | 1,192.92 | 16.65 | 0.00 |
| GINNYS | Uns | 549.00 | NA | NA | 0.00 | 0.00 |
| GLENWOOD CENTER | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 287.00 | NA | NA | 0.00 | 0.00 |
| INGRASSIA INTERIOR ELEMENTS | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| KMART | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| LUNDHOLM SURGICAL GRP | Uns | 247.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| MCI CNLD | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM | Uns | 1,397.00 | NA | NA | 0.00 | 0.00 |
| MENS WEARHOUSE | Uns | 404.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 427.00 | 451.85 | 451.85 | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| NEBS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 863.00 | 649.80 | 649.80 | 0.00 | 0.00 |
| OB / GYNE ASSOCIATES OF | Uns | 2.00 | NA | NA | 0.00 | 0.00 |
| ORIENTAL TRADING | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MED CTR | Uns | 2,230.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MED CTR | Uns | 557.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MED CTR | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 247.00 | NA | NA | 0.00 | 0.00 |
| RMG | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 580.00 | 1,050.00 | 1,050.00 | 19.54 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 2,944.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PUBLIC LIBRARY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD RADIOLOGY | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY / MUTUAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SATELLITE AUTOGLASS | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 43.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 593.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 508.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| STANLEY STEEMER OF ROCKFORD | Uns | 506.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 441.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 778.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 516.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| THE CHILDRENS PLACE / CITIBANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT F | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 79.00 | 77.54 | 77.54 | 0.00 | 0.00 |
| VILLAGE OF WINNEBAGO | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY ANIMAL | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY FEDERAL CREDIT | Uns | 500.00 | 642.22 | 642.22 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| HUD | Uns | 0.00 | 28,641.00 | 28,641.00 | 533.04 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| FEDERATED ADJUSTMENT CO, INC. | Uns | 368.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---|---|---:|---:|
| INFINITY HEALTHCARE | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF CYRSTAL | Uns | 572.00 | NA | NA | 0.00 | 0.00 |
| MILLER EYE CENTER | Uns | 427.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 993.00 | NA | NA | 0.00 | 0.00 |
| NORTHPOINTE PHYSICIAN | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| PAPA JOHNS PIZZA | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| RACHEL WARD PSYCHOLOGIST, P. | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE DENTAL CENTER | Uns | 993.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ACADEMY OF TAE | Uns | 927.00 | NA | NA | 0.00 | 0.00 |
| UNITED TRANSACTIONS | Uns | 329.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ERROR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 3,725.87 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 3,725.87 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 32,948.79 | $ 569.23 | $ 0.00 |

### Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 4,097.26 | |
| Disbursements to Creditors | $ 4,295.10 | |
| **TOTAL DISBURSEMENTS:** | | $ 8,392.36 |

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: <u>11/28/2016</u>     By: <u>/s/ Lydia S. Meyer</u>
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.